RICHARD NATOLI, by FRANCES NATOLI, His Guardian ad Litem, et al., Claimants, *v.* BOARD OF EDUCATION OF THE CITY OF NORWICH, NEW YORK, UNION FREE SCHOOL DISTRICT No. 1, Defendant.

In the Matter of RICHARD NATOLI, an Infant, by His Guardian ad Litem, FRANCES NATOLI, et al., Respondents, against BOARD OF EDUCATION OF THE CITY OF NORWICH, NEW YORK, UNION FREE SCHOOL DISTRICT No. 1, Appellant.

Argued October 9, 1951; decided October 19, 1951.

*David F. Lee, Jr.*, for appellant.

*Janet W. Hill* for infant respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.